UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

* * *

| | |
|---|---|
| HOTEL EMPLOYEES AND RESTAURANT EMPLOYEES INTERNATIONAL UNION WELFARE FUND, acting by and through its Fiduciary, Mordecai Miller,<br><br>        Plaintiff,<br><br>v.<br><br>GARY L. MYERS, ESQ.; GARY L. MYERS, A PROFESSIONAL CORPORATION; JOHN DOES 1-5; and ROE ENTITIES 1-5,<br><br>        Defendants. | CASE No.: 2:10-cv-00871-PMP-RJJ<br><br>**ORDER** |

    Before the Court for consideration is Plaintiff Hotel Employees and Restaurant Employees International Union Welfare Fund's Notice of Voluntary Dismissal with Prejudice [F.R.C.P. 41(a)(1)(A)(I)] (Doc. #7) filed August 12, 2010.

    Having read and considered the foregoing, and good cause appearing,

    **IT IS ORDERED** that Plaintiff Hotel Employees and Restaurant Employees International Union Welfare Fund's Notice of Voluntary Dismissal with Prejudice [F.R.C.P. 41(a)(1)(A)(I)] (Doc. #7) is hereby **GRANTED** by the Court and this action is hereby **DISMISSED** with prejudice.

    DATED: August 13, 2010.

                                    PHILIP M. PRO
                                    United States District Judge